IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Steven Dean Ritchie, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Beard, et al., | : | NO. 02-CV-2858 |
| Respondents | : | |

**O R D E R**

AND NOW, this 9th day of July, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that the District Attorney of Lehigh County shall file specific and detailed answers within twenty (20) days of the date of this order pursuant to Rule 5, 28 U.S.C. fol. § 2254.  **This response shall include a memorandum of law concerning the issues presented and any defenses, and copies of all relevant state court decisions, pleadings, notes of testimony, and docket entries.**

BY THE COURT:

JAMES R. MELINSON
CHIEF U.S. MAGISTRATE JUDGE