```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| STEVEN DEAN RITCHIE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BEARD et al. | : | NO. 02-2858 |

### ORDER

AND NOW, this 13th day of January, 2003, upon consideration of petitioner Steven Dean Ritchie's request for an enlargement of time to file a statement of objections to the Report and Recommendation of Magistrate Judge James R. Melinson, it is hereby ORDERED that petitioner shall FILE his statement of objections by March 6, 2003.

BY THE COURT:

_____
Stewart Dalzell, J.