It is hereby ORDERED that:

1. Petitioner's objections are OVERRULED;

2. The Report and Recommendation of Chief Magistrate Judge Melinson is APPROVED AND ADOPTED;

3. The petition for a writ of habeas corpus is DENIED;[2] and

4. The Clerk shall CLOSE this action statistically.

BY THE COURT:

_____
Stewart Dalzell, J.

---

[2] Because Dodson has not made a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability.